LAWRENCE C. HERSH
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
(201) 507-6300
lh@hershlegal.com

Louis F. Teran (*Admitted Pro Hac Vice*)
SLC Law Group
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Phone: 818-484-3217 x200
Email: lteran@slclg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUIQ INCOME FUND, L.P., a Delaware limited partnership,<br><br>                Plaintiff,<br><br>v.<br><br>RMFT VENTURES, LLC., an Alabama company,<br>and JOSHUA SMITH, an individual,<br><br>                Defendants. | **Civil Action No. 2:25-cv-16694-BRM-CF** |

## ~~[PROPOSED]~~ ORDER

This action having been commenced by Plaintiff by the filing of the Complaint on October 16, 2025, and a copy of a Summons and Complaint having been served on Defendants on December 11, 2025, and proofs of service having been filed, and Defendants not having answered the Complaint and the time for answering the Complaint having expired; and the Court ordering Plaintiff to file a Motion for Default (See *ECF No. 13*), it is

1

**ORDERED, ADJUDGED AND DECREED:** That judgment be and is hereby entered against Defendants JOSHUA SMITH, and RMFT VENTURES, LLC, jointly and severally, in the amount of $8,592,232.12_____ for compensatory damages, ~~plus punitive damages of $~~_____[1], for a total judgment amount of $8,592,232.12_____ in favor of Plaintiff. Post judgment interest is granted.

**IT IS FURTHER ORDERED** that that the Clerk of Court shall mark this matter as **CLOSED**.

Dated: April 15, 2026                    _/s/_ **Brian R. Martinotti**_____
                                         **HON. BRIAN R. MARTINOTTI**
                                         **UNITED STATES DISTRICT JUDGE**

---

[1]A court may not award damages for both a breach of contract claim and a tortious misrepresentation claim unless the alleged misrepresentation is extraneous to the breached contract. *See Plastic Surgery Ctr., P.A. v. Cigna Health & Life Ins. Co.*, Civ. A. No. 17-2055, 2018 WL 2441768, at *7 (D.N.J. May 31, 2018). Here, the Complaint alleges both a breach of contract claim (*see* ECF No. 1 ¶¶ 24–30 (alleging Defendants breached an unconditional personal guaranty)), and tortious misrepresentation claims (*see id.* ¶¶ 31–49 (alleging intentional and negligent misrepresentation claims)). Therefore, the Motion for Default Judgment (ECF No. 14) is **GRANTED IN PART** and **DENIED IN PART** and default judgment is entered as to the breach of contract claim only (Count I). As the law does not generally permit a plaintiff to recover punitive damages pursuant to breach of contract claims, s*ee Nebraskaland, Inc. v. River St. Idealease, LLC*, 188 F. Supp. 3d 390, 400 (D.N.J. 2016), Plaintiff's request for same is **DENIED**.

2